[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-15510
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 6, 2011
JOHN LEY
CLERK

D. C. Docket No. 8:09-cv-00727-VMC-MAP

LORI ANN DAVIDSON
STEVEN LEE DAVIDSON,

Plaintiffs-Appellants,

versus

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

(April 6, 2011)

Before TJOFLAT, EDMONDSON and PRYOR, Circuit Judges.

PER CURIAM:

This is an action by Government Employees Insurance Company

("GEICO") insureds, Lori Ann and Steve Davidson, in which the Davidsons allege that GEICO acted in bad faith in handling a personal injury claim against them and that such bad faith action led to the entry of a judgment against them in excess of their insurance policy limits. The district court, in an order entered on October 26, 2010, granted GEICO summary judgment. The Davidsons appeal contending that material issues of fact exist which preclude summary judgment. We disagree. For the reasons the district court stated in its October 26 order, GEICO is not guilty of the bad faith the Davidsons allege.

AFFIRMED.